UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH M. MASSA** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 07-0465** |
| **MICHAEL J. ASTRUE,** **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION: "K"(5)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is **DISMISSED** without prejudice for failure to prosecute.

New Orleans, Louisiana, this 30th day of October, 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE